David Scanlin and Susan M. Scanlin, His Wife, Respondents, v. Amelia C. Gibson, Appellant.— Judgment affirmed, without costs. All concurred, except Robson, J., who dissented.

Jennie Marks, as Administratrix, etc., of William T. Marks, Deceased, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the plaintiff made out a *prima facie* case and that the nonsuit was improperly granted. All concurred.

William E. Brockenshire, Jr., by William E. Brockenshire, Sr., His Guardian ad Litem, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented upon the ground that as matter of law the plaintiff was guilty of contributory negligence.

John Pulis, Appellant, v. James C. Stewart and Alexander M. Stewart, Individually and as Copartners under the Firm Name of James Stewart & Company, Respondents.— Order affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Stanislaus Borowski, Respondent, v. Ocean Accident and Guarantee Corporation, Limited, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

In the Matter of the Application of John Horan, Respondent, for a Writ of Mandamus against Clyde E. Porter, as Town Clerk of the Town of Ridgeway, Orleans County, New York, Appellant.— Appeal dismissed, without costs, upon the ground that the final order has been complied with and the election held. All concurred.

Joseph B. Joyce, Appellant, v. Harriet S. Curtis, Respondent.— Order affirmed, with costs. All concurred.

Minerva J. Weagant, as Administratrix, etc., of William S. Weagant, Deceased, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred; Foote, J., not sitting.

John E. Ottaway, Appellant, v. Moss Mosely, Respondent.— Judgment and order affirmed, with costs. All concurred.